UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>THIRD COAST TOWING, LLC,<br>GREAT AMERICAN INSURANCE<br>AND NATURE'S WAY MARINE, LLC<br><br>    Defendants<br><br>AND<br><br>GREAT AMERICAN INSURANCE<br>COMPANY<br><br>    Cross-Claimant<br><br>v.<br><br>THIRD COAST TOWING, LLC<br><br>    Cross-Defendant<br><br>AND<br><br>GREAT AMERICAN INSURANCE<br>COMPANY<br><br>    Third Party Plaintiff<br><br>v.<br><br>AMERICAN STEAMSHIP OWNERS<br>MUTUAL PROTECTION & INDEMNITY<br>ASSOCIATION, INC. (THE AMERICAN<br>CLUB)<br><br>    Third Party Defendant | Civil Action No. 3:16cv34CWR-FKB |

**PLAINTIFF UNITED STATES' MOTION TO DISMISS COUNTERCLAIM OF NATURE'S WAY MARINE AND ENVIRONMENTAL POLLUTION GROUP UNDER FED. R. CIV. P. 12(b)(6)**

On January 22, 2016, the United States filed its complaint against Nature's Way Marine, LLC and Third Coast Towing, LLC for recovery of $792,868.98 of oil spill removal costs and, in addition, civil penalties arising from the discharge of oil released into the Mississippi River from a tank barge owned by Third Coast and propelled by a tugboat owned by Nature's Way. Nature's Way and its insurer, Environmental Pollution Group, LLC ("collectively "Nature's Way"), filed a counterclaim against the United States seeking "equitable and declaratory relief" because the National Pollution Funds Center ("NPFC") of the United States Coast Guard denied Nature's Way's administrative claim of $2,138,382.14 for reimbursement of oil spill cleanup costs.  Counterclaimants request this Court to find that the NPFC's denial was arbitrary and capricious, enter a judgment in the amount of $2,138,382.15, and "abate or off-set" the United States' claim against this amount.  Nature's Way further asks this Court to grant a trial *de novo*.  As explained in the United States' Memorandum in support of this Motion, Nature's Way is not entitled to the remedies it seeks, as a matter of law, because its counterclaim is an appeal of a final administrative determination cognizable only under the Administrative Procedure Act ("APA").  Accordingly, the United States respectively moves this Court to dismiss the counterclaim under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

Dated:  May 13, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

STEVEN G. FLYNN
Assistant Director Admiralty
U.S. Department of Justice
Aviation & Admiralty Litigation
Torts Branch, Civil Division

 /s/   Sharon K. Shutler
SHARON K. SHUTLER
Trial Attorney
Aviation & Admiralty Litigation
Torts Branch, Civil Division
P.O. Box 14271
Washington, DC  20044-2471
Tel: (202) 616-4046
Fax: (202) 616-4002
Email:  Sharon.Shutler@usdoj.gov

ELLEN M. MAHAN
Deputy Section Chief
Environmental Enforcement Section
Environment and Natural Resources
Division
United States Department of Justice

/s/ Elise S. Feldman
ELISE S. FELDMAN
Senior Counsel
United States Department of Justice
Environment and Natural Resources
Division
Environmental Enforcement Section
301 Howard Street, Suite 1050
San Francisco, CA  94105
Tel: (415) 744-6470
Fax: (415) 744-6476
Email: Elise.Feldman@usdoj.gov

*Attorneys for Plaintiff*
UNITED STATES OF AMERICA

Of Counsel:
LCDR Nicholas J. Tabori
National Pollution Funds Center
U.S. Coast Guard Stop 7605
2703 Martin Luther King Jr. Ave.
Washington, DC  20593-6064

LCDR Christopher L. Jones
Office of Claims and Litigation
Coast Guard Headquarters
2703 Martin Luther King Jr. Ave. SE
Washington, DC  20593-7213

LT Gretal G. Kinney, UCSG
Senior Staff Attorney
Eight Coast Guard District
Hale Boggs Federal Building
500 Poydras Street
New Orleans, LA  70130

**CERTICATE OF SERVICE**

I HEREBY CERTIFY that on May 13, 2016, I served the foregoing Plaintiff United States of America's Motion to Dismiss on the following counsel of record by way of the CM/ECF system which will provide each counsel a copy by electronic mail.

Neville H. Boschert, Esq.
Jones Walker LLP
190 E. Capitol St, Ste 800 (39201)
POB 427
Jackson, MS 39205
nboschert@joneswalker.com

Kate Margolis, Esq.
Bradley Arant Boult Cummings
One Jackson Place
188 E. Capitol St., Suite 400
Jackson, MS  39201
kmargolis@babc.com

Kevin J. LaVie, Esq.
Phelps Dunbar LLP
Canal Place
364 Canal Street, Suite 2000
New Orleans, LA  70130
kevin.lavie@phelps.com

Reuben V. Anderson, Esq.
James W. Shelson, Esq.
Phelps Dunbar LLP
4270 I-55 North, POB 16114
Jackson, MS  39236-6114
Reuben.anderson@phelps.com
Jim.shelson@phelps.com

                                                          /s/ Sharon K. Shutler
                                                          SHARON K. SHUTLER