UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff <br> v. <br> THIRD COAST TOWING, LLC, <br> GREAT AMERICAN INSURANCE <br> AND NATURE'S WAY MARINE, LLC <br>     Defendants <br> AND <br> NATURE'S WAY MARINE, LLC AND <br> ENVIRONMENTAL POLLUTION GROUP, LLC <br>     Counter-Plaintiffs <br> v. <br> UNITED STATES OF AMERICA, <br> UNITED STATES COAST GUARD, <br> NATIONAL POLLUTION FUNDS CENTER <br> AND OIL SPILL LIABILITY TRUST FUND <br>     Counter-Defendants <br> AND <br> GREAT AMERICAN INSURANCE COMPANY <br>     Cross-Claimant <br> v. <br> THIRD COAST TOWING, LLC <br>     Cross-Defendant <br> AND <br> GREAT AMERICAN INSURANCE COMPANY <br>     Third Party Plaintiff <br> v. <br> AMERICAN STEAMSHIP OWNERS MUTUAL <br> PROTECTION & INDEMNITY ASSOCIATION, INC. <br> (THE AMERICAN CLUB) <br>     Third Party Defendant | **Case No. 3:16 cv 34 CWR-FKB** |

**PLAINTIFF UNITED STATES' OPPOSITION TO NATURE'S WAY MARINE, LLC AND ENVIRONMENTAL POLLUTION GROUP, LLC'S MOTION TO TRANSFER**

1

Now comes the United States of America on behalf of the United States Coast Guard, ("United States") to oppose Nature's Way Marine, LLC and Environmental Pollution Group, LLC's Motion to Transfer filed on September 2, 2016, ("Motion to Transfer") [Document No. 39].

1. On September 2, 2016, Nature's Way Marine L.L.C. ("Nature's Way") and Environmental Pollution Group, L.L.C., ("EPG"), (collectively "Movants"), filed a Motion to Transfer this action to the United States District Court for the Eastern District of Louisiana. [Doc. No. 39]

2. The United States opposes the Motion to Transfer on the grounds that the first-filed rule does not apply in this case because no substantial overlap exists between United States' environmental action filed in this court, and Nature's Way's insurance actions pending in the Eastern District of Louisiana.

3. This Opposition is further supported by the Memorandum in Support of Plaintiff's United States' Opposition to Nature's Way Marine, LLC and Environmental Pollution Group, LLC's Motion to Transfer submitted herewith.

WHEREFORE, the United States asks that this Honorable Court deny the Motion to Transfer.

Respectfully submitted,

/s/ Elise S. Feldman
ELISE S. FELDMAN
Senior Counsel
United States Department of Justice
Environment and Natural Resources   Division

Environmental Enforcement Section
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel: (415) 744-6470
Fax: (415) 744-6476
Email: Elise.Feldman@usdoj.gov

STEPHEN FLYNN
JESSICA SULLIVAN
Aviation & Admiralty Litigation
Torts Branch, Civil Division
P.O. Box 14271
Washington, DC 20044-2471
Tel: (202) 616-4070
Fax: (202) 616-4002
Email: Stephen.Flynn@usdoj.gov

ELLEN M. MAHAN
Deputy Section Chief
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice

*Attorneys for Plaintiff*
UNITED STATES OF AMERICA

Of Counsel:
LCDR Nicholas J. Tabori
National Pollution Funds Center
U.S. Coast Guard Stop 7605
2703 Martin Luther King Jr. Ave.
Washington, DC 20593-6064

LT SEAN R. GAJEWSKI
Office of Claims and Litigation
Coast Guard Headquarters
2703 Martin Luther King Jr. Ave. SE
Washington, DC 20593-7213

LT Gretal G. Kinney, UCSG
Senior Staff Attorney
Eight Coast Guard District
Hale Boggs Federal Building
500 Poydras Street
New Orleans, LA 70130

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a true and correct copy of the following pleadings upon counsel of record by filing in this Court's CM/ECF system:

(1) PLAINTIFF UNITED STATES' OPPOSITION TO NATURE'S WAY MARINE, LLC AND ENVIRONMENTAL POLLUTION GROUP, LLC'S MOTION TO TRANSFER
(2) MEMORANDUM IN SUPPORT OF PLAINTIFF UNITED STATES' OPPOSITION TO NATURE'S WAY MARINE, LLC AND ENVIRONMENTAL POLLUTION GROUP, LLC'S MOTION TO TRANSFER

This 16th day of September, 2016.

/s/ Elise S. Feldman