UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>THIRD COAST TOWING, LLC,<br>GREAT AMERICAN INSURANCE<br>AND NATURE'S WAY MARINE, LLC<br><br>    Defendants<br><br>AND<br><br>GREAT AMERICAN INSURANCE<br>COMPANY<br><br>    Cross-Claimant<br><br>v.<br><br>THIRD COAST TOWING, LLC<br><br>    Cross-Defendant<br><br>AND<br><br>GREAT AMERICAN INSURANCE<br>COMPANY<br><br>    Third Party Plaintiff<br><br>v.<br><br>AMERICAN STEAMSHIP OWNERS<br>MUTUAL PROTECTION & INDEMNITY<br>ASSOCIATION, INC. (THE AMERICAN<br>CLUB)<br><br>    Third Party Defendant | Civil Action No. 3:16-cv-34-CWR-FKB |

# UNITED STATES' CROSS MOTION FOR SUMMARY JUDGMENT

The United States respectfully moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. The United States requests that this Court grant summary judgment in its favor affirming the National Pollution Funds Center's administrative denial of the claim presented to it by Nature's Way Marine, LLC and Environmental Pollution Group, LLC.

The grounds for this motion are fully set forth in the accompanying memorandum in support filed herewith, the documents attached thereto, and the administrative record from which those documents derive.

Dated: April 10, 2017

          Respectfully submitted,

          CHAD A. READLER
          Acting Assistant Attorney General

          STEPHEN G. FLYNN
          Assistant Director Admiralty
          U.S. Department of Justice
          Aviation & Admiralty Litigation
          Torts Branch, Civil Division

          /s/ Jessica G. Sullivan
          JESSICA G. SULLIVAN
          Trial Attorney
          Aviation & Admiralty Litigation
          Torts Branch, Civil Division
          P.O. Box 14271
          Washington, DC 20044-2471
          Tel: (202) 616-4046
          Fax: (202) 616-4002
          Email: Jessica.Sullivan@usdoj.gov

          ELLEN M. MAHAN
          Deputy Section Chief
          Environmental Enforcement Section

Environment and Natural Resources Division
United States Department of Justice

ELISE S. FELDMAN
Senior Counsel
United States Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel: (415) 744-6470
Fax: (415) 744-6476
Email: Elise.Feldman@usdoj.gov

*Attorneys for Plaintiff*
UNITED STATES OF AMERICA

Of Counsel:

LCDR Nicholas J. Tabori
National Pollution Funds Center
U.S. Coast Guard Stop 7605
2703 Martin Luther King Jr. Ave.
Washington, DC 20593-6064

LT Sean R. Gajewski
Office of Claims and Litigation
Coast Guard Headquarters
2703 Martin Luther King Jr. Ave. SE
Washington, DC 20593-7213

**CERTICATE OF SERVICE**

   I HEREBY CERTIFY that on April 10, 2017, I served the foregoing on the following counsel of record by way of the CM/ECF system which will provide each counsel a copy by electronic mail.

               /s/ Jessica G. Sullivan
               JESSICA G. SULLIVAN

Neville H. Boschert, Esq.
Jefferson R. Tillery, Esq.
Jones Walker LLP
190 E. Capitol St, Ste. 800 (39201)
POB 427
Jackson, MS 39205
nboschert@joneswalker.com
jtillery@joneswalker.com

Kate Margolis, Esq.
Bradley Arant Boult Cummings
One Jackson Place
188 E. Capitol St., Ste. 400
Jackson, MS 39201
kmargolis@babc.com

Kevin J. LaVie, Esq.
Phelps Dunbar LLP
Canal Place
364 Canal Street, Ste. 2000
New Orleans, LA 70130
kevin.lavie@phelps.com

Reuben V. Anderson, Esq.
James W. Shelson, Esq.
Phelps Dunbar LLP
4270 I-55 North, POB 16114
Jackson, MS 39236-6114
Reuben.anderson@phelps.com
Jim.shelson@phelps.com