UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VERSUS<br><br>THIRD COAST TOWING, LLC, GREAT AMERICAN INSURANCE AND NATURE'S WAY MARINE, LLC | CIVIL ACTION<br>NO. 3:16-cv-34-CWR-FKB |

## NATURE'S WAY MARINE, LLC AND ENVIRONMENTAL POLLUTION GROUP'S NOTICE OF APPEAL

Notice is hereby given that Nature's Way Marine, LLC and Environmental Pollution Group, LLC in the above named case do hereby appeal to the United States District Court of Appeals for the Fifth Circuit from the order entered in this action on September 12, 2017 (Rec. Doc. 66).

Respectfully submitted:

NATURE'S WAY MARINE, LLC and
ENVIRONMENTAL POLLUTION GROUP, LLC

By Their Attorneys,
Jones Walker, LLP

*/s/ Stephanie McLarty*
STEPHANIE MCLARTY (#104585)
BRAD C. DAVIS (104132)
Jones Walker LLP
190 E. Capitol Street (39201)
PO Box 427
Jackson, MS  39205-0427
Telephone: 601-949-4900
Facsimile: 601-949-4804
E-Mail:      smclarty@joneswalker.com
             bdavis@joneswalker.com

{N3492886.1} 1

JEFFERSON R. TILLERY (*pro hac vice*)
STANLEY A. MILLAN (*pro hac vice*)
MARC C. HEBERT (*pro hac vice*)
Jones Walker LLP
201 St. Charles Avenue
New Orleans, Louisiana 70l70
Telephone:  (504)582-8000
Facsimile:  (504) 582-8583
E-Mail: jtillery@joneswalker.com
smillan@joneswalker.com
mhebert@joneswalker.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been forwarded to all counsel of record by electronic filing (ECF) and/or by email and/or by depositing a copy of same in the U. S. mail, postage prepaid and properly addressed this 12th day of October, 2017.

*/s/ Stephanie McLarty*
STEPHANIE MCLARTY