## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

UNITED STATES OF AMERICA,

      PLAINTIFF                                 **Case No. 3:16-cv-34-CWR-FKB**

v.

THIRD COAST TOWING, LLC, ET AL.

      DEFENDANTS

### <u>CERTIFICATE OF SERVICE</u>

      I HEREBY CERTIFY that on October 16, 2017, I served PLAINTIFF UNITED

STATES' REQUEST FOR STATUS CONFERENCE on the following counsel of record by way

of the CM/ECF system which will provide each counsel a copy by electronic mail.


Date: <u>October 17, 2017</u>               <u>/s/ Elise S. Feldman</u>
                                     ELISE S. FELDMAN
                                     Senior Counsel
                                     United States Department of Justice
                                     Environment and Natural Resources Division
                                     Environmental Enforcement Section
                                     301 Howard Street, Suite 1050
                                     San Francisco, CA  94105
                                     Tel: (415) 744-6470
                                     Fax: (415) 744-6476
                                     Email: Elise.Feldman@usdoj.gov


Susan Floyd, Esq.
Neville H. Boschert, Esq.
Jefferson R. Tillery, Esq.
Stephanie McLarty
Jones Walker LLP
190 E. Capitol St, Ste. 800 (39201)
P.O. Box 427
Jackson, MS 39205
sfloyd@joneswalker.com
nboschert@joneswalker.com
jtillery@joneswalker.com
smclarty@joneswalker.com

Kate Margolis, Esq.
Bradley Arant Boult Cummings
One Jackson Place
188 E. Capitol St., Ste. 400
Jackson, MS 39201
kmargolis@babc.com

Kevin J. LaVie, Esq.
Phelps Dunbar LLP
Canal Place
364 Canal Street, Ste. 2000
New Orleans, LA 70130
kevin.lavie@phelps.com

Reuben V. Anderson, Esq.
James W. Shelson, Esq.
Phelps Dunbar LLP
4270 I-55 North, POB 16114
Jackson, MS 39236-6114
Reuben.anderson@phelps.com
Jim.shelson@phelps.com