## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

UNITED STATES OF AMERICA,

    PLAINTIFF

**Case No. 3:16-cv-34-CWR-FKB**

v.

THIRD COAST TOWING, LLC, ET AL.

    DEFENDANTS

### PLAINTIFF UNITED STATES' REQUEST FOR STATUS CONFERENCE

Pursuant to the Case Management Order Dated January 31, 2017 (Doc. No. 48), the United States requests that the Court schedule a telephonic case management conference ("TCMC") to set discovery deadlines in the above captioned matter. According to the Case Management Order at Paragraph 6(f) "Additional Provisions," a TCMC will be set and a scheduling order will be entered after a ruling on the cross-motions for summary judgment on the counterclaim of Nature's Way and EPG has been entered. The Court ruled on the cross-motions for summary judgment on September 12, 2017 (Doc. No. 66). Accordingly, at this time, the United States requests that a TCMC be scheduled at the Court's earliest convenience.

    Respectfully submitted,

Date: October 16, 2017
October 31, 2017 ESF

/s/ Elise S. Feldman
ELISE S. FELDMAN
Senior Counsel
United States Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
301 Howard Street, Suite 1050
San Francisco, CA  94105
Tel: (415) 744-6470
Fax: (415) 744-6476
Email: Elise.Feldman@usdoj.gov

STEPHEN G. FLYNN
Assistant Director Admiralty

1

U.S. Department of Justice
Aviation & Admiralty Litigation
Torts Branch, Civil Division

JESSICA G. SULLIVAN
Trial Attorney
Aviation & Admiralty Litigation
Torts Branch, Civil Division
P.O. Box 14271
Washington, DC  20044-2471
Tel: (202) 616-4046
Fax: (202) 616-4002
Email:  Jessica.Sullivan@usdoj.gov

ELLEN M. MAHAN
Deputy Section Chief
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice

*Attorneys for Plaintiff*
UNITED STATES OF AMERICA

Of Counsel:

LCDR Anna E. Steel
National Pollution Funds Center
U.S. Coast Guard Stop 7605
2703 Martin Luther King Jr. Ave.
Washington, DC  20593-6064

LCDR Christopher L. Jones
Office of Claims and Litigation
Coast Guard Headquarters
2703 Martin Luther King Jr. Ave. SE
Washington, DC  20593-7213

LT Gretal G. Kinney, UCSG
Senior Staff Attorney
Eight Coast Guard District
Hale Boggs Federal Building
500 Poydras Street
New Orleans, LA  70130