IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-60698
_____

UNITED STATES OF AMERICA,

    Plaintiff-Counter Defendant - Appellee

v.

NATURE'S WAY MARINE, L.L.C.,

    Defendant - Appellant

ENVIRONMENTAL POLLUTION GROUP, L.L.C.,

    Counter Claimant - Appellant

_____

Appeal from the United States District Court
for the Southern District of Mississippi
_____

O R D E R:

    IT IS ORDERED that appellants' corrected and unopposed motion to view and obtain sealed documents is GRANTED.

                                                                                             /s/ *Priscilla R. Owen*_____
                                                                                             PRISCILLA R. OWEN
                                                                                             UNITED STATES CIRCUIT JUDGE