UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    PLAINTIFF                                                Case No. 3:16-cv-34-CWR-FKB

v.

THIRD COAST TOWING, LLC, ET AL.

    DEFENDANTS

## ORDER GRANTING PLAINTIFF UNITED STATES OF AMERICA'S UNOPPOSED REQUEST FOR VOLUNTARY DISMISSAL BY COURT ORDER

Having reviewed Plaintiff United States' Unopposed Request for Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(2), ("Request"), and for good cause shown, the Court rules as follows:

1. The United States' Unopposed Request is GRANTED;

2. <u>The Second Claim for Relief, Civil Penalties for Violations of CWA Section 311(b)(3) – Oil Spill</u>, set forth in the Complaint filed on January 22, 2016 in the above referenced matter is voluntarily withdrawn on the terms set forth in the Stipulations of Settlement submitted by the United States as exhibits to the Request;

3. The First Claim for Relief in the Complaint and any cross or counter claims filed in this Action remain in effect at this time.

**SO ORDERED**, this the 25th day of September, 2018.

                                                         s/ Carlton W. Reeves
                                                         UNITED STATES DISTRICT JUDGE